UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMIRA M. ABDI, et al., <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO MAYORKAS, et al., <br><br> Defendant. | CASE NO. 22-1065 <br><br> ORDER HOLDING CASE IN ABEYANCE |

This matter comes before the Court on the Parties Stipulated Motion to Hold the Case in Abeyance (Dkt. No. 7). The Court has reviewed the Motion and all relevant materials and GRANTS the Motion.

The case is held in abeyance until December 2, 2022. The Parties shall submit a joint status report on or before December 2, 2022. It is so ORDERED.

//

//

//

ORDER HOLDING CASE IN ABEYANCE - 1

1  The clerk is ordered to provide copies of this order to all counsel.

2  Dated October 19, 2022.

3  
 *[signature]*

4  Marsha J. Pechman
   United States Senior District Judge

ORDER HOLDING CASE IN ABEYANCE - 2