UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMIRA M. ABDI, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>    Defendant. | CASE NO. 22-cv-1065<br><br>ORDER REOPENING CASE |

This matter comes before the Court on the Plaintiff's unopposed Motion to Reopen (Dkt. No. 10). Plaintiff requests the Court reopen the proceedings pursuant to Federal Rule of Civil Procedure 60(b). Plaintiff mistakenly believed that her husband, Plaintiff Aweys F. Mohamed, had divorced her and thus was no longer eligible for derivative status making the case moot. Based on this wrong information, the Parties made a stipulated motion to dismiss, which was entered on November 16, 2022. It appears that information was incorrect, and Plaintiff is not divorced.

ORDER REOPENING CASE - 1

1  Federal Rule of Civil Procedure 60(b) allows the Court to relieve a party from a final
2  judgment for reason of mistake. Plaintiff's motion is timely and provides an adequate basis for
3  the Court to reopen these proceedings.
4  It is so ORDERED. The case is reopened.
5  The clerk is ordered to provide copies of this order to all counsel.
6  Dated December 1, 2022.

Marsha J. Pechman
United States Senior District Judge