UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMIRA M. ABDI, et al., | CASE NO. 2:22-cv-1065 |
| Plaintiffs, | ORDER HOLDING CASE IN ABEYANCE |
| v. | |
| ALEJANDRO MAYORKAS, et al., | |
| Defendants. | |

This matter is before the Court on the Parties' Stipulated Motion to Hold Case in Abeyance (Dkt. No. 13). The Court reopened this case in December 2022 after it was initially closed based on mistaken information. After reopening the case the Court entered an Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. (Dkt. No. 12.) The Parties now request the Court vacate that Order and enter a new Order holding the case in abeyance while Plaintiffs' case completes the domestic processing and is transferred to the USCIS International Office in Nairobi. Having reviewed the Motion, the docket, and all relevant material, the Court GRANTS the request.

The Court ORDERS that the case is held in abeyance until March 27, 2023. The Parties shall submit a joint status report on or before March 27, 2023. The Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 12) is VACATED.

It is so **ORDERED**.

The clerk is ordered to provide copies of this order to all counsel.

Dated February 1, 2023.

Marsha J. Pechman
United States Senior District Judge